# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BANKS,<br><br>            Petitioner,<br><br>     vs.<br><br>HARTLEY,<br><br>            Respondent.<br>_____/ | 1:08-cv-00512-OWW-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **June 24, 2008**                                           **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE